DANIEL G. BOGDEN
United States Attorney
District of Nevada

JENNIFER LEE TARN
Assistant Regional Counsel
U.S. Social Security Administration
California State Bar No. 240609
160 Spear Street, Suite 800
San Francisco, California 94105
Phone: (415) 977-8825
Facsimile: (415) 744-0134
Jennifer.Tarn@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

LAS VEGAS DIVISION

| | |
|---|---|
| NANCY E. STARKEY, | Case No. 2:14-cv-01481-JCM-NJK |
| Plaintiff, | **DEFENDANT'S FIRST UNOPPOSED** |
| vs. | **MOTION TO EXTEND TIME TO** |
| | **ANSWER AND FILE AND SERVE** |
| CAROLYN W. COLVIN, Acting Commissioner | **THE CERTIFIED** |
| Of Social Security, | **ADMININSTRATIVE RECORD** |
| Defendant. | |

CAROLYN W. COLVIN, Acting Commissioner Of Social Security (the Commissioner) hereby moves this Honorable Court to grant her unopposed motion for a 45-day extension of time to file her answer to NANCY E. STARKEY's complaint and file and serve the certified administrative record in this matter.  This is the Commissioner's first request for an extension of time.  Defense counsel requests this extension of time because key personnel are not available to finalize the certified administrative record during the holiday season.  The current due date is December 26, 2014.  The new due date will be February 9, 2015.

/ / /

MOT. FOR EXTENSION & PROPOSED ORDER                    (CASE NO. 2:14-cv-01481-JCM-NJK)

1

1

2

Respectfully submitted,

Dated: December 23, 2014

3

DANIEL G. BOGDEN
United States Attorney

4

5

By: ___/s/ Jennifer Lee Tarn_____
JENNIFER LEE TARN
Assistant Regional Counsel

6

OF COUNSEL:

7

8

DONNA L. CALVERT
Regional Chief Counsel, Region IX

9

United States Social Security Administration

10

**ORDER**

11

IT IS SO ORDERED.  DEFENDANT SHALL FILE HER ANSWER AND FILE AND SERVE

12

THE CERTIFIED ADMININSTRATIVE TRANSCRIPT ON OR BEFORE FEBRUARY 9, 2015.

13

14

Dated: ___December 24, 2014_____

15

_____
HONORABLE NANCY J. KOPPE

16

UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

Mᴏᴛ. ꜰᴏʀ Exᴛᴇɴsɪᴏɴ & Pʀᴏᴘᴏsᴇᴅ Oʀᴅᴇʀ                    (Cᴀsᴇ Nᴏ. 2:14-cv-01481-JCM-NJK)